FILED'07 AUG 20 08:47USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY C. WALL, | ) Civil No. 06-822-CL |
| Plaintiff, | ) ORDER |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security Commission, | ) |
| Defendant. | ) |

**PANNER, Judge.**

Plaintiff petitions for judicial review of the final decision by the Commissioner of Social Security denying his claim for disability insurance benefits. On July 26, 2007, Magistrate Judge Clarke filed his Report and Recommendation (docket # 26), which recommended that the decision of the Commissioner be reversed, and the matter remanded for further administrative proceedings. Neither party has filed objections to that Recommendation.

The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error.

/ / / /

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 26) is adopted. The decision of the Commissioner is reversed, and the matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings as set forth in the Magistrate Judge's Report.

IT IS SO ORDERED.

DATED this 20th day of August, 2007.

_____
Owen M. Panner
United States District Judge

2 - ORDER